PAUL KRATKA, Respondent, *v.* BOSTON AND MAINE RAILROAD, Appellant.

*Kratka* v. *Boston & Maine R. R.*, 171 App. Div. 970, affirmed.

(Argued February 5, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 6, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff, while crossing defendant's tracks in the village of Mechanicville was struck by a train and received the injuries complained of. He alleged that defendant was negligent in running its train at an excessive rate of speed without giving any warning to plaintiff, although another train had just passed the crossing, and by reason of defendant's flagman at this crossing directing plaintiff to cross the same. The answer set up a general denial and alleged as a defense contributory negligence.

*Jarvis P. O'Brien* for appellant.

*Walter A. Fullerton* and *James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.